IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.

JASON PATRICK ALDAY

UNDER SEAL

CASE No: 4:24mj90-MAF

/

## CRIMINAL COMPLAINT AFFIDAVIT

I, Jeffery S. Boothe, being duly sworn, depose and state:

### I. INTRODUCTION

1. I am a Senior Special Agent (SSA) with the United States Secret Service (USSS) and have been so employed since April 1999. I am a "Federal law enforcement officer", as defined under 18 U.S.C. § 115. My assigned duties include the investigation of federal criminal offenses, including threats directed towards current and former protectees of the USSS. I have participated in numerous investigations involving threatening communications in violation of 18 U.S.C. § 875 and threats against the President of the United States in violation of 18 U.S.C. § 871. Based on my training and experience I am familiar with numerous federal criminal offenses to include threats against federal officials in violation of 18 U.S.C. § 115(a)(1)(B).

2. The information in this Affidavit is based on my personal knowledge as well as information, knowledge, observations, and investigations of other federal, state, and local law enforcement officers and civilians.

3.      This Affidavit does not contain all information discovered during this investigation, rather only that information believed to be sufficient to support probable cause for the requested criminal complaint.

4.      Based on the information in this Affidavit, I request that a criminal complaint be issued for JASON PATRICK ALDAY for violations of 18 U.S.C. §§ 115(a)(1)(B), 875, and 871.

## II.    PROBABLE CAUSE

5.      On June 25th, 2024, Joann Noel, an Intake Coordinator at the Apalachee Center, contacted the United States Secret Service's Tallahassee Residence Office via telephone regarding Jason Patrick ALDAY, a patient at the Center. The Apalachee Center is a mental health facility located in Tallahassee, Florida. Upon contacting the Tallahassee Residence Office, Noel spoke with ▆▆▆▆ ▆▆▆▆, a ▆▆▆▆ ▆▆▆▆ with the United States Secret Service currently assigned to the Tallahassee Resident Office. Noel advised ▆▆ ▆▆▆▆ that during the intake process into the Apalachee Center, Jason Patrick ALDAY made threatening statements directed toward President Joseph R. Biden. According to Noel, ALDAY stated the following, "I don't like President Biden. I want to kill him, slit his throat." Noel further advised ▆▆ ▆▆▆▆ that ALDAY was currently being evaluated and would be transported to HCA Florida Capital, a hospital located in Tallahassee, for medical attention unrelated to his mental health concerns.

6.      On June 26th, 2024, Noel confirmed to ▆▆ ▆▆▆▆ that ALDAY was

no longer at the Apalachee Center and had been transported to HCA Hospital, located at, 2626 Capital Medical Blvd, Tallahassee, FL.

7. On July 1st, 2024, ███ ██████, accompanied by deputies from the Gadsden County Sheriff's Office, located and interviewed Jason Patrick ALDAY at ███████████████ █ ███ █ ███. This is the primary address for ALDAY's parents, Stephen and Elizabeth Alday. During this interview, ALDAY confirmed he was recently transported to the Apalachee Center, located at, 2634 Capital Circle NE, Tallahassee, FL 32308 by the Gadsden County Sheriff's Office. ALDAY also confirmed he was transported to HCA Florida Capital Hospital. SSA Matthews asked ALDAY if he made any statements about the President of the United States during his time at the Apalachee Center to which ALDAY stated he did not recall. ███ ██████ asked ALDAY if he made the following statement, "I don't like President Biden. I want to kill him, slit his throat." to which ALDAY denied making the statement. At that time, ALDAY became agitated with ███ ██████' line of questions and stated he does not like the President of the United States. ███ ██████ asked ALDAY if he mentioned his desire to travel to Washington, D.C. to which ALDAY did not recall saying he wanted to travel anywhere. ███ ██████ then concluded the interview.

8. On July 11th, 2024, the United States Secret Service Protective Intelligence and Assessment Division/Open-Source Branch notified the United States Secret Service Protective Intelligence Operations Center that an unidentified x/Twitter

3

user under the handle Jason Alderman / @Jman86628004 posted the following message on their X/Twitter account on or about July 11th, 2024:

**"I'll kill joe biden today!!"**

9.      The United States Secret Service Protective Intelligence and Assessment Division/Open-Source Branch identified four (4) additional posts under the handle Jason Alderman / @Jman86628004. These four (4) additional posts are as follows:

- On 06/30/2024, at 1105 hours EDT, the user posted, **"sources: Joe biden's health is declining rapidly. Not doing too good at all. Should I finish him off?"**

- On 07/01/2024, at 1412 hours EDT, the user posted, **"The secret service sent a special agent nigger to my house with gadsden county officers. I'll still slit joe biden's throat."**

- On 07/05/2024, at 1747 hours EDT, the user posted, **"I want ▮▮▮ ▮▮▮▮ dead, too. stupid nigger has gotta go!!"**

- On 07/11/2024, at 1159 hours EDT, the user posted, **"Where you at ▮▮▮ ▮▮▮▮? come arrest me nigger!! this is Jason Alday!!"**

10.     The United States Secret Service Protective Intelligence and Assessment Division/Open-Source Branch reviewed Jason Alderman / @Jman86628004 X.com account and identified the name Jason ALDAY with a listed address of "▮▮▮ ▮▮▮ ▮▮▮▮▮" and a date of birth as ▮▮▮▮ ▮▮.

4

## III. CONCLUSION

13. Based upon the foregoing, I submit that probable cause exists to believe that JASON PATRICK ALDAY committed the crimes of sending a threatening communication in violation of 18 U.S.C. § 875, making threats against the President of the United States in violation of 18 U.S.C. § 871, and making threats against a federal official in violation of 18 U.S.C. § 115(a)(1)(B).

Jeffery S. Boothe
Senior Special Agent
United States Secret Service

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed.R.Crim. P. 4.1 and 4(d) before me this __15th__ day of July 2024, at Tallahassee, Florida.

_____
CHARLES A. STAMPELOS
UNITED STATES MAGISTRATE JUDGE